■ JACK B. HOSID, Respondent, v LEONARD B. WILSON et al., Appellants. —Order unanimously affirmed, with costs. Memorandum: We agree that Special Term should not have treated defendants' motion to dismiss for failure to state a cause of action as one for summary judgment in the circumstances of this case (CPLR 3211, subd [c]). The motion was properly denied on the merits, however. (Appeal from order of Onondaga Supreme Court—dismiss complaint.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.

■ JOSEPH M. TUNIA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 61438.) (Appeal No. 1.)—Order unanimously affirmed, without costs, on the opinion at Court of Claims, Lengyel, J. (Appeal from order of Court of Claims—dismiss causes of action.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.

■ GRACE MARTIN, Respondent, v DRACKETT PRODUCTS COMPANY, Appellant.—Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Erie Supreme Court—partial summary judgment.) Present—Cardamone, J. P., Schnepp, Callahan, Witmer and Moule, JJ.

■ ERNIE NEGRON, Respondent, v FIRESTONE Co., INC., Appellant.—Order unanimously affirmed, with costs, on the opinion at Erie County Court, Dillon J. (Appeal from order of Erie County Court—breach of warranty.) Present—Cardamone, J. P., Schnepp, Callahan, Witmer and Moule, JJ.

■ CHARLES M. JOHNSON, JR., Respondent, v WILLIAM YOUNG et al., Appellants.—Order unanimously affirmed, with costs, on the memorandum decision at Special Term, Stiller, J. (Appeal from order of Cattaraugus Supreme Court—restore to calendar.) Present—Cardamone, J. P., Schnepp, Callahan, Witmer and Moule, JJ.